Form No. 3 (Pg. 1)

B 104 (Rev. 2/92)

## ADVERSARY PROCEEDING COVER SHEET
(Instructions on Reverse)

**ADVERSARY PROCEEDING NUMBER** (Court Use Only): 04-00165

**PLAINTIFFS**
WILFREDO DE JESUS RIVERA
SONIA M HERNANDEZ MELENDEZ

**DEFENDANTS**
GE CAPITAL CORP OF PR

**ATTORNEYS** (Firm Name, Address, and Telephone No.)
ROBERTO PEREZ OBREGON ESQ
PO BOX 9497
BAYAMON PR   00960 8041 (787) 787-9883

**ATTORNEYS** (if Known)
WILFREDO SEGARRA MIRANDA ESQ
PO BOX 8984
BAYAMON PR   00960 8984

**PARTY** (Check one box only): ☐ 1 U.S. PLAINTIFF   ☐ 2 U.S. DEFENDANT   ☒ 3 U.S. NOT A PARTY

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

**VIOLATION OF TITLE 11 U.S.C. §§ 362 AND 524 AND REQUEST FOR DAMAGES**

### NATURE OF SUIT
(Check the one most appropriate box only.)

- ☒ 454 To Recover Money or Property
- ☐ 455 To revoke an order of confirmation of a Chap. 11, Chap. 12, or Chap. 13 Plan
- ☐ 456 To obtain a declaratory judgment relating to any of foregoing causes of action
- ☐ 435 To Determine Validity, Priority, or Extent of a Lien or Other Interest in Property
- ☐ 426 To determine the dischargeability of a debt 11 U.S.C. §523
- ☐ 459 To determine a claim or cause of action removed to a bankruptcy court
- ☐ 457 To obtain approval for the sale of both the interest of the estate and of a co-owner in property
- ☐ 434 To obtain an injunction or other equitable relief
- ☐ 498 Other (specify)
- ☐ 424 To object or to revoke a discharge 11 U.S.C. §727
- ☐ 458 To subordinate any allowed claim or interest except where such subordination is provided in a plan

**ORIGIN OF PROCEEDINGS** (Check one box only.): ☒ 1 Original Proceeding   ☐ 2 Removed Proceeding   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from Another Bankruptcy Court   ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

**DEMAND** / NEAREST THOUSAND: $ 60,000.00
**OTHER RELIEF SOUGHT**: TRANSFER OF VEHICLE TITLE
☐ JURY DEMAND

**BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES**

**NAME OF DEBTOR**: WILFREDO DE JESUS RIVERA, SONIA M HDEZ MLDEZ
**BANKRUPTCY CASE NO.**: 00-00801 (GAC)
**DISTRICT IN WHICH CASE IS PENDING**: PUERTO RICO
**DIVISIONAL OFFICE**:
**NAME OF JUDGE**: GERARDO A CARLO

**RELATED ADVERSARY PROCEEDING (IF ANY)**

| PLAINTIFF | DEFENDANT | ADVERSARY PROCEEDING NO. |
|---|---|---|
| | | |

| DISTRICT | DIVISIONAL OFFICE | NAME OF JUDGE |
|---|---|---|
| | | |

**FILING FEE** (Check one box only.): ☐ FEE ATTACHED   ☒ FEE NOT REQUIRED   ☐ FEE IS DEFERRED

**DATE**: JULY 12, 2004
**PRINT NAME**: ROBERTO PEREZ OBREGON
**SIGNATURE OF ATTORNEY (OR PLAINTIFF)**: [signed]

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re | |
| **WILFREDO DE JESUS RIVERA** **SONIA M. HERNANDEZ MELENDEZ** | Case No. 00-00801 (GAC) |
| Debtors | Chapter 13 |
| **WILFREDO DE JESUS RIVERA** **SONIA M. HERNANDEZ MELENDEZ** | Adv. Proc. No. 04-00165 |
| Plaintiffs | |
| **GE CAPITAL CORP OF PR** | |
| Defendant | |

## SUMMONS IN AN ADVERSARY PROCEEDING

**YOU ARE SUMMONED and required to file or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within thirty (30) days after the ate of Issuance of this summons, except that the United States and its offices and agencies shall file a motion or anser to the complaint within thirty five (35) days.**

Clerk, U.S. Bankruptcy Court
U.S. Post Office & Courthouse Building
1st Floor, Suite 109, 300 Recinto Sur
Old San Juan, Puerto Rico 00901

**At the same time, you must also serve a copy of the motion or answer upon plaintiff's attorney.**

Roberto Pérez Obregón
PO Box 9497
Bayamón, Puerto Rico 00960 8041

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOU FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT**

Date: JUL 13 2004

**CELESTINO MATTA-MENDEZ**
**CLERK, U.S. BANKRUPTCY COURT**

BY: _____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. 00-00801 (GAC) |
| WILFREDO DE JESUS RIVERA<br>SONIA M. HERNANDEZ MELENDEZ | CHAPTER 13 |
| | ADV. NO. 04-00165 |
| Debtors | |
| WILFREDO DE JESUS RIVERA<br>SONIA M. HERNANDEZ MELENDEZ | |
| Plaintiffs | |
| vs. | |
| GE CAPITAL CORP OF PR | |
| Defendant | |

## COMPLAINT SEEKING CONTEMPT REMEDIES AND DAMAGES FOR VIOLATION OF THE AUTOMATIC STAY AND DISCHARGE INJUNCTION

**TO THE HONORABLE COURT:**

**COME NOW**, plaintiffs through the undersigned attorney and very respectfully pray, allege, and request:

1. This complaint is filed by the debtors in the above-captioned chapter 13 case. This Court thus has jurisdiction over this proceeding, which arises in a case under the Bankruptcy Code and concerns property of the debtors, pursuant to 28 U.S.C. § 1334. This is a core proceeding.

**Facts**

2. Debtors filed a voluntary petition under Chapter 13 on January 28th, 2000 having listed General Electric Corporation as a secured creditor.

3. That General Electric Corporation's collateral consisted of a conditional sales contract over a 1997 Peterbilt truck tractor model R 293 s/n 1XP5D060XXVN428273.

4. That debtors' modified plan of June 15th, 2000 approved by this Court on August 4th, 2000 proposed payment in full to General Electric Corporation through the office of the Chapter 13 trustee. (Legal docket #22.)

5. That General Electric Corporation filed its secured claim, claim #9, on May 15th, 2000 in the amount of $33,411.00.

6. That trustee paid said claim in full and debtors received their discharge on December 29th, 2003. (Legal docket #33.)

7. That notwithstanding, the case remains open pending trustee's final report.

8. That since the discharge debtors have approached General Electric Corporation on several occasions to have title of the said vehicle transferred to their names to which creditor has refused.

9. That, in addition, in May of 2004 General Electric Corporation unlawfully retained a check in the amount of $1,196.00 destined to debtors from Royal & Sunalliance Insurance Company pursuant to policy number U-3800008 for repairs previously paid by debtors on the said vehicle.

10. That General Electric Corporation's refusal to transfer title and unlawful retention of the above-stated insurance check constitute a violation of Title 11 U.S.C. §§ 362 and 524.

11. That just as importantly, General Electric Corporation's actions have caused and continue to cause damage to debtors inasmuch as Cooperativa De Transporte De Carga, through which copetitioner Wifredo De Jesús Rivera works requires that its drivers operate vehicles no more than seven years old.

12. That since General Electric Corporation refuses to relinquish title to the vehicle debtors are economically precluded from acquiring a newer model since they cannot use the 1997 Peterbilt truck tractor for trade-in purposes.

### Conclusion

13. Defendant's refusal to relinquish title of the said vehicle as well as its unlawful appropriation of debtors' insurance check has caused damage to plaintiffs and constitutes willfull violation of the automatic stay of 11 U.S.C. § 362(a) and of the discharge injunction of 11 U.S.C. § 524.

14. That debtors request that this Honorable Court order General Electric Corporation, inasmuch as its claim has been fully satisfied through the trustee, to transfer title of the said Peterbilt truck tractor model R 293 s/n 1XP5D060XXVN428273 to debtors free and clear of any lien; to return to debtors the funds illegally withheld from insurance policy check number U-3800008, i.e., $1,196.00 at 6% interest; in addition to damages and punitive damages in the amount of $50,000.00 plus legal fees in the amount of $10,000.00 pursuant to 11 U.S.C. §§ 362(h) and 524.

**WHEREFORE**, it is respectfully requested that this Honorable Court:

(1) Order General Electric Corporation, to deliver title of the said Peterbilt truck tractor model R 293 s/n 1XP5D060XXVN428273 to debtors free and clear of liens;

(2) Order defendant to return to debtors the funds illegally wihtheld from Royal & Sunalliance insurance policy check number U-3800008, i.e., $1,196.00 at 6% interest;

(3) Find defendant in contempt of court for violating Title 11 U.S.C. §§ 362 and 524;

(4) Award plaintiffs damages and punitive damages in the amount of $50,000.00 plus legal fees in the amount of $10,000.00 pursuant to 11 U.S.C. §§ 362(h) and 524.

Page 4

**I HEREBY CERTIFY** that a true copy of this motion has been sent to Chapter 13 Trustee, Jose R. Carrión Morales, Esq., PO Box 9023884, Old San Juan Station, San Juan, Puerto Rico 00902-3884 and by certified mail to representative for GE Capital Corp. PR., Wilfredo Segarra Miranda, Esq., P.O. Box 8984, Bayamón, Puerto Rico 00960 8984.

In Bayamón, Puerto Rico this 12th day of July, 2004.

**ROBERTO PEREZ OBREGON**
**PO BOX 9497**
**BAYAMON, PR 00960-8041**
**TEL: 787-787-9883**