IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br>**WILFREDO DE JESUS RIVERA**<br>**SONIA M. HERNANDEZ MELENDEZ**<br><br>Debtor(s)<br><br>**WILFREDO DE JESUS RIVERA**<br>**SONIA M. HERNANDEZ MELENDEZ**<br><br>Movant<br><br>**GE CAPITAL CORPORATION OF PR**<br><br>Respondent(s) | CASE NO. 00-00801  GAC<br><br>Chapter  13<br><br>ADVERSARY No. 04-00165<br><br>FILED & ENTERED ON 5/18/2006 |

### ORDER

The motion requesting dismissal of subpoena filed by plaintiffs is hereby granted (docket #35).  The discovery deadline was April 29, 2005 (docket #16).

 SO ORDERED.

San Juan, Puerto Rico, this 18 day of May, 2006.

GERARDO  CARLO ALTIERI
U.S. Bankruptcy Judge