# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| **IN RE**: | * | CASE NO.  00-00801(GAC) |
| | * | |
| **WILFREDO DE JESUS RIVERA** | * | CHAPTER 13 |
| **SONIA M HERNANDEZ MELENDEZ** | * | |
| | * | ADV. PROC. NO. 04-00165 |
| **Debtors** | * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

| | |
|---|---|
| **WILFREDO DE JESUS RIVERA** | * |
| **SONIA M HERNANDEZ MELENDEZ** | * |
| **Plaintiffs** | * |
| Vs. | * |
| **GE CAPITAL CORPORATION OF PR** | * |
| **Defendant** | * |

* * * * * * * * * * * * * * * * * * * * * * * * *

## INFORMATIVE MOTION

**TO THE HONORABLE COURT:**

    **COME NOW,** the above-named plaintiffs through the undersigned attorney and very respectfully pray, allege, and request:

1. That on this day plaintiffs have tendered a memorandum of law and fact that complies with order given in open court on June 9th, 2006.

2. That although the Court set the deadline for the above for August 15th,

*Page -2-*

      2006, the same could not be completed without use of the entire transcript of the hearing held on June 9th, 2006.

3.     That the final part of transcript was entered in docket on October 3rd, 2006.

**RESPECTFULLY SUBMITTED.**

    **I HEREBY CERTIFY** that a copy of this writ has been sent to attorney for defendant General Electric Capital Corporation of Puerto Rico, Mr. Wilfredo Segarra Miranda, Esq., PO Box 9023385, San Juan, PR 00902-3385 segarralaw@prtc.net; Ms. Noemí Landrau Rivera, Landrau And Associates, PMB 660 497 Ave. E Pol, San Juan, PR 00926-5639 and to standing Chapter 13 Trustee, José Carrión, Esq. PO Box 9023884, San Juan, PR 00902 3884 ecfmail@ch13-pr.com.

    In Bayamón, Puerto Rico, this 5th day of October, 2006.

                                      **ROBERTO PEREZ OBREGON**
                                      **PO BOX 9497**
                                      **BAYAMON PR 00960 8041**
                                      **TEL: 787-787-9883**
                                      rperez23@msn.com
                                      elizabethalemany@msn.com