# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| IN RE: | * | CASE NO.  00-00801(GAC) |
| | * | |
| **WILFREDO DE JESUS RIVERA** | * | CHAPTER 13 |
| **SONIA M HERNANDEZ MELENDEZ** | * | |
| | * | ADV.  PROC.  NO. 04-00165 |
| **Debtors** | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * * | * | |
| | * | |
| **WILFREDO DE JESUS RIVERA** | * | |
| **SONIA M HERNANDEZ MELENDEZ** | * | |
| | * | |
| **Plaintiffs** | * | |
| | * | |
| Vs. | * | |
| | * | |
| **GE CAPITAL CORPORATION OF PR** | * | |
| | * | |
| **Defendant** | * | |
| | * | |
| | * | |
| | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * * | | |

## OPPOSITION TO REQUEST FOR RECONSIDERATION OF DECISION AND ORDER

**TO THE HONORABLE COURT:**

    **COME NOW,** the above-named plaintiffs through the undersigned attorney and very respectfully pray, allege, and request:

    1.    A Decision And Order in the instant adversary proceeding was entered on docket on November 20th, 2007.  (Docket #61.)

*Page -2-*

2. On December 6th, 2007 defendant party filed a "Request For Reconsideration Of Decision And Order And For Additional Findings Of Fact And Conclusions Of Law Pursuant To F.R.C.P. **52** and **59(e)**".

3. That defendant's request must be disallowed.

## Grounds

4. Bankruptcy Rule **7052** makes F.R.C.P. **52** applicable in adversary proceedings in bankruptcy.

5. In its pertinent part, F.R.C.P. **52** states:

   **b) Amendment**.
   On a party's motion filed ***no later than 10 days after entry of judgment***, the court may amend its findings—or make additional findings—and may amend the judgment accordingly.

6. Bankruptcy Rule **9023** makes F.R.C.P. **59(e)** applicable in adversary proceedings in bankruptcy.

7. F.R.C.P. **59(e)** states:

   **Motion To Alter or Amend a Judgment.**
   Any motion to alter or amend a judgment shall be filed ***no later than 10 days after entry*** of the judgment.

8. That defendant's motion, having been filed *sixteen days* after entry of judgement the same cannot be considered.

9. Bankruptcy Rule **8002** states that "The notice of appeal shall be filed with the clerk ***within 10 days of the date of the entry of the judgment***, order, or decree appealed from."

10. This 10-day period is jurisdictional. In re Abdallah, 778 F.2d 75 (1st Cir. 1985).

11. That more than ten days having transpired, this Court's Decision And Order of November 20th, 2007 is final, unappealable, and cannot be reconsidered or altered.

*Page -3-*

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY** that a copy of this writ has been sent to attorney for defendant General Electric Capital Corporation of Puerto Rico, Mr. Wilfredo Segarra Miranda, Esq., PO Box 9023385, San Juan, PR 00902-3385 segarralaw@prtc.net; Ms. Noemí Landrau Rivera, Landrau And Associates, PMB 660 497 Ave. E Pol, San Juan, PR 00926-5639 and to standing Chapter 13 Trustee, José Carrión, Esq. PO Box 9023884, San Juan, PR 00902 3884 ecfmail@ch13-pr.com.

In Bayamón, Puerto Rico, this 17th day of December, 2007.

**ROBERTO PEREZ OBREGON
PO BOX 9497
BAYAMON PR 00960 8041
TEL: 787-787-9883**
rperez23@msn.com
elizabethalemany@msn.com