# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| **IN RE**: | * | **CASE NO. 00-00801(GAC)** |
| | * | |
| **WILFREDO DE JESUS RIVERA** | * | **CHAPTER 13** |
| **SONIA M HERNANDEZ MELENDEZ** | * | |
| | * | **ADV. PROC. NO. 04-00165** |
| Debtors | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

**WILFREDO DE JESUS RIVERA**
**SONIA M HERNANDEZ MELENDEZ**

Plaintiffs

Vs.

**GE CAPITAL CORPORATION OF PR**

Defendant

* * * * * * * * * * * * * * * * * * * * * * * * * *

### SUR-REPLY TO DEFENDANT'S REQUEST FOR RECONSIDERATION OF DECISION AND ORDER AND REQUEST FOR ADDITIONAL FINDINGS OF FACT

**TO THE HONORABLE COURT:**

  **COME NOW,** the above-named plaintiffs through the undersigned attorney and very respectfully pray, allege, and request:

### Facts

1. A Decision And Order in the instant proceeding entered docket on November 20th, 2008.  (Docket #61.)

2. That on December 6th, 2007 defendant filed a Motion For Reconsideration And Request For Additional Findings Of Fact.  (Docket #63.)

3. That on December 17th, 2007 plaintiff filed its opposition to defendant's request on grounds that said request after the ten-day period permitted by the Rules of Bankruptcy Procedure. (Docket #65.)

4. That on January 24th, 2008 defendant replied that it was indeed on time inasmuch as the ten-day-period permitted by Rule 6 (a) of the Federal Rules of Civil Procedure does not take into account weekends and holidays if the term permitted is "less than 11 days." (Docket #67.)

### Applicable Law

5. That technically defendant could be correct if the instant proceeding were a civil case taken before a federal district court, however, this is an adversary proceeding within a bankruptcy case before a bankruptcy court and as such has its own specialized set of rules which must be obeyed.

6. That Rule 9006 (a) of the Federal Rules of Bankruptcy Procedure, in its pertinent part states: When the period of time prescribed or allowed is less than 8 days, intermediate Saturdays, Sundays, and legal holidays shall be excluded from the computation.

7. That in addition, even if the term was as stated in F.R.C.P. 6(a), the day of November 23rd, 2007 mentioned by defendant is not a legal holiday as defined by said rule.

### Conclusion

8. That inasmuch as defendant filed its Request For Reconsideration And For Additional Findings of Fact sixteen days after entry of Decision and Order, in contravention of Federal Rules of Bankruptcy Procedure 7052, 9006(a), and 9023, the same is untimely filed, whereby this Court's Order of November 20th, 2007 is not subject to review and therefore final, and unappealable.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY** that a copy of this writ has been sent to attorney for defendant General Electric Capital Corporation of Puerto Rico, Mr. Wilfredo Segarra Miranda, Esq., PO Box 9023385, San Juan, PR 00902-3385 segarralaw@prtc.net; Ms. Noemí Landrau Rivera, Landrau And Associates, PMB 660 497 Ave. E Pol, San Juan, PR

*Page -3-*

00926-5639 and to standing Chapter 13 Trustee, José Carrión, Esq. PO Box 9023884, San Juan, PR 00902 3884 ecfmail@ch13-pr.com.

In Bayamón, Puerto Rico, this 25th day of February, 2008.

**ROBERTO PEREZ OBREGON**
**PO BOX 9497**
**BAYAMON PR 00960 8041**
**TEL: 787-787-9883**
rperez23@msn.com
elizabethalemany@msn.com