# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| IN RE: | * | CASE NO.  00-00801(GAC) |
| | * | |
| WILFREDO DE JESUS RIVERA | * | CHAPTER 13 |
| SONIA M HERNANDEZ MELENDEZ | * | |
| | * | ADV. PROC. NO. 04-00165 |
| Debtors | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

| | |
|---|---|
| WILFREDO DE JESUS RIVERA | * |
| SONIA M HERNANDEZ MELENDEZ | * |
| | * |
| Plaintiffs | * |
| | * |
| Vs. | * |
| | * |
| GE CAPITAL CORPORATION OF PR | * |
| | * |
| Defendant | * |

* * * * * * * * * * * * * * * * * * * * * * * * * *

### SUR-REPLY TO OPPOSITION TO STATEMENT OF FEES AND COSTS

**TO THE HONORABLE COURT:**

    **COME NOW,** the above-named plaintiffs through the undersigned attorney and very respectfully pray, allege, and request:

1. On November 20th, 2006, this Court entered a Decision And Order in the instant case.

2. That in relation to expenditures, the Court ordered plaintiff to submit an itemized statement of fees and costs within twenty days and granted defendant fifteen days thereafter to object.

3. That plaintiff timely filed its statement of fees and costs on December 17th, 2007.  (Docket #64.)

4. Defendant filed its opposition on January 24th, 2008, i.e., thirty-eight days thereafter.

*Page -2-*

5. That plaintiff requests that this Honorable Court deny defendant's opposition and grant plaintiff's request for costs based on:

   a. that the hourly rate stated by attorney is reasonable taking into account his twenty-two years of experience practicing in the bankruptcy forum;

   b. the fact that attorney has been board certified since 1995;

   c. the fact that the record shows that the instant litigation process was never delayed or held up by plaintiff's failure to be prepared or to tardily submit motions;

   d. the fact that the record shows that the instant litigation took over three years to resolve, due in large part to defendant's failure to come prepared to all three pre-trial hearings scheduled in this case.

6. That moreover, defendant's opposition should also be denied based on the fact that it was filed after the term granted by this Court.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY** that a copy of this writ has been sent to attorney for defendant General Electric Capital Corporation of Puerto Rico, Mr. Wilfredo Segarra Miranda, Esq., PO Box 9023385, San Juan, PR 00902-3385 segarralaw@prtc.net; Ms. Noemí Landrau Rivera, Landrau And Associates, PMB 660 497 Ave. E Pol, San Juan, PR 00926-5639 and to standing Chapter 13 Trustee, José Carrión, Esq. PO Box 9023884, San Juan, PR 00902 3884 ecfmail@ch13-pr.com.

In Bayamón, Puerto Rico, this 25th day of February, 2008.

**ROBERTO PEREZ OBREGON**
**PO BOX 9497**
**BAYAMON PR 00960 8041**
**TEL: 787-787-9883**
rperez23@msn.com
elizabethalemany@msn.com