IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

```
*********************************************
IN RE:                                   *      Case No. 00-00801 GAC
                                         *
WILFREDO DE JESUS RIVERA                 *      Chapter 13
SONIA M. HERNANDEZ MELENDEZ              *
                                         *      Adversary No. 04-00165
      Debtors                            *
                                         *
*********************************************
WILFREDO DE JESUS RIVERA                 *
SONIA M. HERNANDEZ MELENDEZ              *
                                         *
      Appellee-Plaintiffs                *
                                         *
      vs.                                *
                                         *
GENERAL ELECTRIC CAPITAL CORP.           *
OF PUERTO RICO                           *
                                         *
      Appellant-Defendants               *
                                         *
*********************************************
```

## NOTICE OF APPEAL

General Electric Capital Corporation of Puerto Rico, the defendant, appeals under 28 U.S.C. §158 (b) from the Decision and Order of the bankruptcy judge dated February 24, 2006, denying defendant's Motion to Dismiss the Complaint and the Request for Summary Judgement and granting debtors' Request for Partial Summary Judgement (Docket No. 31), as well the Decision and Order entered on November 20, 2007, finding defendant liable to debtors for economic loss (Docket No. 61), and the Decision and Order entered on February 11, 2009, denying defendant's Motion for Reconsideration (Docket no. 73).

The names of all parties to the decision and order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

Appellant General Electric Capital Corporation of Puerto Rico represented by Gerardo Pavia Cabanillas, Esq., PO Box 9066612, San Juan, P.R. 00906-6612, and telephone number 787-289-5224 and by Wilfredo Segarra Miranda, Esq., P.O. Box 9023385, San Juan, P.R. 00902-3385, and telephone number 787-725-6160.

Appellees Wilfredo de Jesus Rivera and Sonia M. Hernandez Melendez represented by Roberto Perez Obregon, Esq., P.O. Box 9497, Bayamon P.R. 00960-9497, and telephone number 787-787-9883.

In San Juan, Puerto Rico, this 23rd day of February, 2009.

Gerardo Pavia Cabanillas, Esq.
USDC-PR 201712
PO Box 9066612
San Juan, PR 00906-6612
Tel. 787-289-5224