## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF PUERTO RICO

```
************************************************
IN RE:                              *      Case No. 00-00801 GAC
                                    *
WILFREDO DE JESUS RIVERA            *      Chapter 13
SONIA M. HERNANDEZ MELENDEZ         *
                                    *      Adversary No. 04-00165
                                    *
       Debtors                      *
                                    *
************************************************
WILFREDO DE JESUS RIVERA            *
SONIA M. HERNANDEZ MELENDEZ         *
                                    *
       Appellee-Plaintiffs          *
                                    *
       vs.                          *
                                    *
GENERAL ELECTRIC CAPITAL CORP.      *
OF PUERTO RICO                      *
                                    *
       Appellant-Defendants         *
                                    *
************************************************
```

### APPELLANT ELECTION FORM

Appeal of Orders of U.S. Bankruptcy Court, District of Puerto Rico entered on February 24, 2006 (Docket No. 31), November 20, 2007 (Docket No. 61) and. February 11, 2009 ( Docket No. 73).

Appellant, General Electric Capital Corporation of Puerto Rico represented by Gerardo Pavia Cabanillas, Esq., PO Box 9066612, San Juan, P.R. 00906-6612, and telephone number 787-289-5224 and by Wilfredo Segarra Miranda, Esq., P.O. Box 9023385, San Juan, P.R. 00902-3385, and telephone number 787-725-6160.

Appellees Wilfredo de Jesus Rivera and Sonia M. Hernandez Melendez represented by Roberto Perez Obregon, Esq., P.O. Box 9497, Bayamon P.R. 00960-9497, and telephone number 787-787-9883.

_____ I elect to have this appeal heard by the Bankruptcy Appellate Panel for the First Circuit.

_____ I elect to opt out of the Bankruptcy Appellate Panel for the First Circuit and request that this appeal be heard by the United States District Court for the District of Puerto Rico.

By : _____        Dated: _____
              Attorney for Appellant