**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO**

```
*******************************************************
IN RE:                                    *      CASE NO. 00-00801 GAC
                                          *
WILFREDO DE JESUS RIVERA                  *      CHAPTER 13
SONIA M. HERNANDEZ MELENDEZ               *
                                          *      ADVERSARY 04-00165 GAC
         DEBTORS                          *      .
                                          *
*******************************************************
WILFREDO DE JESUS RIVERA                  *
SONIA M. HERNANDEZ MELENDEZ               *
                                          *
         APPELLEES-PLAINTIFFS             *
                                          *
              v.                          *
                                          *
GENERAL ELECTRIC CAPITAL CORP             *
OF PUERTO RICO                            *
                                          *
         APPELLANT-DEFENDANT              *
*******************************************************
```

**DESIGNATION OF THE ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL
AND STATEMENT OF ISSUES TO BE PRESENTED**

TO THE HONORABLE COURT:

COMES NOW, GENERAL ELECTRIC CAPITAL CORPORATION OF PUERTO

RICO, hereinafter referred to as the Apellant, through the undersigned attorney and in

compliance with Rule 8006 of Rules of Bankruptcy Procedure most respectfully submits the

designation of the items to be included in the record on appeal and the statement of issues

to be presented, as follows:

**I.        DESIGNATION OF ITEMS**

| DOCUMENT | DATE | DOCKET NO. |
|---|---|---|
| 1. Complaint | July 13, 2004 | 1 |
| 2. Order | July 13, 2004 | 2 |
| 3. Motion for enlargement of time | August 12, 2004 | 5 |
| 4. Answer to Complaint | August 30, 2004 | 6 |
| 5. Motion for enlargement of time | October 04, 2004 | 9 |
| 6. Minutes | November 12, 2004 | 10 |
| 7. Motion requesting order and sanctions | February 17, 2005 | 12 |
| 8. Reply to Plaintiffs request | March 07, 2005 | 13 |
| 9. Motion as to Pretrial | March 07, 2005 | 14 |
| 10. Motion to Dismiss Complaint | March 08, 2005 | 15 |
| 11. Minutes of proceeding | March 08, 2005 | 16 |
| 12. Reply to Motion to Dismiss | April 04, 2005 | 17 |
| 13. Order | May 17, 2005 | 20 |
| 14. Plaintiff's Pretrial Report | July 31, 2005 | 26 |
| 15. Motion Requesting Presumption of Proceeding | December 14,2005 | 30 |
| 16. Decision and Order | February 24, 2006 | 31 |
| 17. Subpoena | April 20, 2006 | 34 |
| 18. Motion Requesting Dismissal of Subpoena | April 28, 2006 | 35 |
| 19. Order | May 22, 2006 | 37 |
| 20. Urgent Motion filed by defendant | June 07, 2006 | 39 |
| 21. Motion Submitting Supp. Pleading | June 07, 2006 | 41 |

| | | |
|---|---|---|
| 22. Order | June 07, 2006 | 42 |
| 23. Opposition to Supp. Pleading | June 08, 2006 | 43 |
| 24. Motion to Strike Allegations from Complaint | June 08, 2006 | 44 |
| 25. Minutes of Proceeding Order | June 09, 2006 | 47 |
| 26. Transcript | June 23, 2006 | 46 |
| 27. Motion Objecting transcript | August 12, 2006 | 49 |
| 28. Motion in compliance with order | August 15, 2006 | 50 |
| 29. Order | August 18, 2006 | 51 |
| 30. Amended Transcript | October 03, 2006 | 54 |
| 31. Memorandum of law | October 05, 2006 | 55 |
| 32. Order | October 10, 2006 | 58 |
| 33. Motion in compliance with order | October 25, 2006 | 60 |
| 34. Decision and Order | November 20, 2007 | 61 |
| 35. Motion for Reconsideration | December 06, 2007 | 63 |
| 36. Application for Compensation | December 17, 2007 | 64 |
| 37. Opposition to Reconsideration | December 17, 2007 | 65 |
| 38. Opposition to statement of fees | January 24, 2008 | 66 |
| 39. Reply to Opposition | January 24, 2008 | 67 |
| 40. Sur-Reply to Motion of Reconsideration | February 25, 2008 | 68 |
| 41. Sur-Reply to Opposition to statement of fees | February 25, 2008 | 69 |
| 42. Reply to Plaintiffs' Sur-Reply | March 06, 2008 | 70 |
| 43. Reply to Plaintiffs' Sur-Reply | March 11, 2008 | 71 |

44. Decision and Order                              February 11, 2009              73

## II.     STATEMENT OF ISSUES ON APPEAL

### A.

Whether the Bankruptcy Court erred in determining that Appellant was not entitled to interests and late charges.

### B.

Whether the Bankruptcy Court erred in determining that Appellant attempts to collect interest violated the discharge injunction.

### C.

Whether the Bankruptcy Court erred in determining that Appellant violated the automatic stay.

### D.

Whether the Bankruptcy Court erred in granting Appellees economic loss damages, emotional damages and punitive damages.

### E.

Whether the Bankruptcy Court erred in granting Appellees costs and attorney fees.


**RESPECTFULLY SUBMITTED**

I hereby certify that this motion has been electronically filed with the Clerk of the

Court using the CM/ECF system, which will send notification to the attorneys of record.

In San Juan, Puerto Rico, this 5th day of March 2009.

> PAVÍA & DÍAZ GARCÍA
> P O BOX 9066612
> SAN JUAN, PR 00906-6612
> TEL. 787-289-0305
> FAX:  787-289-0304
>
>
> s/Gerardo Pavía

10.371                                    USDC-PR 201712