# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF PUERTO RICO

## APPEAL TRANSMITTAL FORM

FILED IN CLERKS OFFICE

2009 MAR 13 P 2:32

U.S. BANKRUPTCY
APPELLATE PANEL FOR
THE FIRST CIRCUIT

TO: CLERK

| |
|---|
| Case Name: Wilfredo de Jesús Rivera |
| Case No: 00-00801 (GAC) |
| Adversary No.: 04-165 |
| Bankruptcy Filed: January 28, 2000 |
| Bankruptcy Judge: Gerardo A. Carlo |
| Entry Date of Appealed Order: February 11, 2009 |
| Notice of Appeal Filed: February 24, 2009 |
| Notice of Appeal Mailed to Parties in Interest: All creditors |

TRANSMITTED HEREWITH ARE THE FOLLOWING DOCUMENTS:

- ( ) Appeal Deficiency Notice to Appellant
- ( ) Motion for Leave to Appeal
- ( ) Opposition to Motion for Leave to Appeal
- ( ) Motion(s) filed under BR 8002(b)
- (x) Notice of Appeal
- ( ) Notice of Referral
- ( ) Copy of Court Docket: ( ) Bk. Case (x) Adversary ( ) Full ( ) Partial

COMMENTS:

DATED: 3/12/09

CELESTINO MATTA-MENDEZ
Clerk of the Court

By: /s/ UBrujo
Deputy Clerk

***RECEIPT IS ACKNOWLEDGED OF THE ENCLOSURES REFERRED TO ABOVE***

Date Received: 3/13/09

By: /s/ Clay M. Willic
Deputy Clerk

BAP/DC NO. ASSIGNED: PR 09-015