UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| IN RE: | \* | CASE NO. 00-00801(GAC) |
| | \* | |
| **WILFREDO DE JESUS RIVERA** | \* | CHAPTER 13 |
| SONIA M. HERNANDEZ MELENDEZ | \* | |
| | \* | |
| Debtors | \* | |
| | \* | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| | \* | |
| WILFREDO DE JESUS RIVERA | \* | |
| SONIA M. HERNANDEZ MELENDEZ, | \* | |
| | \* | |
| Plaintiffs | \* | Adv. No. 04-00165 |
| | \* | |
| v. | \* | |
| | \* | |
| GENERAL ELECTRIC CAPITAL CORP. | \* | |
| OF PUERTO RICO | \* | |
| | \* | |
| Defendant | \* | |
| | \* | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION REQUESTING ADDITIONAL TIME

**TO THE HONORABLE COURT**

COMES NOW, **GENERAL ELECTRIC CAPITAL OF PUERTO RICO**, through the undersigned attorney and very respectfully alleges and prays:

1. On February 23, 2009 a notice of appeal was filed in the case of reference by the appearing party.

2. On March 13, 2009 the Appeal Transmittal Form was filed in the Clerks Office of the U.S. Bankruptcy Appellate Panel by the Clerk of the Court.

3. Pending filing is the record on appeal.

4. The appearing party requests a term of five additional days to file the record on appeal or a motion to dismiss the appeal.

5. Plaintiff and Defendant have reached an agreement that once signed will make the

appeal moot. The corresponding stipulation has been prepared and approved. It is expected that it will be executed tomorrow.

**WHEREFORE**, it is hereby respectfully requested from this Honorable Court to grant a five-day term to file the record on appeal or a notice of voluntary dismissal of the case.

**RESPECTFULLY SUBMITTED**

I hereby certify that this motion has been electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification to the attorneys of record.

In San Juan, Puerto Rico on this 29th day of April 2009.

**PAVÍA & DÍAZ GARCÍA, PSC**
P O BOX 9066612
SAN JUAN, PUERTO RICO
TEL. 787-289-0305
FAX: 787-289-0304
e-mail: gerardopavialaw@msn.com

Gerardo Pavía Cabanillas
USDC-PR 201712

2