# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

```
******************************
IN RE:                                    *     CASE NO. 00-00801(GAC)
                                          *
WILFREDO DE JESUS RIVERA                  *     CHAPTER 13
SONIA M. HERNANDEZ MELENDEZ               *
                                          *
      Debtors                             *
                                          *
******************************
                                          *
WILFREDO DE JESUS RIVERA                  *
SONIA M. HERNANDEZ MELENDEZ,              *
                                          *
      Plaintiffs                          *     Adv. No. 04-00165
                                          *
      v.                                  *
                                          *
GENERAL ELECTRIC CAPITAL CORP.            *
OF PUERTO RICO                            *
                                          *
      Defendant                           *
                                          *
******************************
```

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Comes Now GENERAL ELECTRIC CAPITAL CORPORATION OF PUERTO RICO (GEC), WILFREDO DE JESUS RIVERA and SONIA M. HERNANDEZ MELENDEZ (Debtors), by themselves and through their respective attorneys and very respectfully allege and pray:

GEC and Debtors herein notify this Honorable Court that they have voluntarily agreed to dismiss the present case, with prejudice, including the appeal filed by GEC.

WHEREFORE it is respectfully requested from this Honorable Court to dismiss with prejudice the present case.

1

In San Juan, Puerto Rico, on this 3d day of April 2009.

**ROBERTO PEREZ OBREGON, ESQ.**
Counsel for Debtors
PO Box 9497
Bayamón, PR, 00960-9497
Tel.: (787) 787-9883
Fax: (787) 787-4392

elizabethalemany@msn.com

_____
Roberto Perez Obregon
USDC No. 202003

**PAVIA & DIAZ GARCIA, PSC**
Counsel for General Electric Capital Corp.
PO Box 9066612
San Juan, PR 00906-6612
Tel.: (787) 289-5224
Fax: (787) 722-1320

gerardopavialaw@msn.com

_____
Gerardo Pavía
USDC No. 201712

2