# UNITED STATES BANKRUPTCY APPELLATE PANEL
# FOR THE FIRST CIRCUIT

**MANDATE**

BAP NO. PR 09-015

Bankruptcy Case No. 00-00801-GAC
Adversary Proceeding No. 04-00165-GAC

WILFREDO DE JESUS RIVERA and
SONIA HERNANDEZ MELENDEZ,
Debtors.

WILFREDO DE JESUS RIVERA and
SONIA HERNANDEZ MELENDEZ,
Plaintiffs-Appellees,

v.

GENERAL ELECTRIC CAPITAL
CORPORATION OF PUERTO RICO,
Defendant-Appellant.

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE AND IN MY LEGAL CUSTODY
UNITED STATES BANKRUPTCY APPELLATE PANEL FOR THE FIRST CIRCUIT
BOSTON, MA
By: _____ Date: 5/26/09

## JUDGMENT OF DISMISSAL

Before the Panel is the Notice of Voluntary Dismissal of Appeal filed by the appellant, General Electric Capital Corporation of Puerto Rico, on May 14, 2009. Construing the Notice as a motion to voluntarily dismiss this appeal, and no objections having been filed, it is hereby **ORDERED** that this appeal is **DISMISSED** pursuant to Fed. R. Bankr. P. 8001(c)(2) and 1st Cir. BAP L.R. 8001-3.

Case:04-00165-BKT Doc#:86 Filed:06/09/09 Entered:06/09/09 15:44:28 Desc: Main Document Page 2 of 6

Case: 09-15   Document: 0011885   Page: 2   Date Filed: 05/26/2009   Entry ID: 2166865
Case: 09-15   Document: 0011884   Page: 2   Date Filed: 05/26/2009   Entry ID: 2166864

Each party shall bear their own costs. A certified copy of this Judgment sent to the Bankruptcy Court shall constitute the mandate of the Panel.

BY THE PANEL:
Mary P. Sharon, Clerk

Dated: May 26, 2009

By: /s/ Ann M. Williams
Ann M. Williams,
Bankruptcy Appellate Panel Case Manager

[cc: Hon.Gerardo A. Carlo. and Clerk, U.S. Bankruptcy Court, District of Puerto Rico; and Jose Ramon Carrion Morales, Esq., Noemi Landrau Rivera, Esq., Robert Perez Obregon, Esq., Gerardo Pavia Cabanillas, Esq., Wilfredo Segarra Miranda, Esq.]

## General Docket
## United States Bankruptcy Appellate Panel

| | |
|---|---|
| **Bankruptcy Appellate Panel Docket #:** 09-15<br>In re: Wilfredo De Jesus Rivera, et al v. General Electric Capital Corpo<br>**Appeal From:** Bankruptcy Court - San Juan Puerto Rico<br>**Fee Status:** filing fee paid | **Docketed:** 03/13/2009<br>**Termed:** 05/26/2009 |

**Case Type Information:**
1) bankruptcy appellate panel
2) Chapter 13 Non-Business-Advers
3) nothing

**Originating Court Information:**

**District:** 0104-3 : 00-00801-GAC

**Ordering Judge:** Gerardo A. Carlo-Altieri, Bankruptcy Appellate Panel Judge
**Date Filed:** 01/28/2000

**Adversary Proceeding:** 04-00165-GAC

**Prior Cases:**
None

**Current Cases:**
None

**Panel Assignment:** Not available

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE AND IN MY LEGAL CUSTODY
UNITED STATES BANKRUPTCY APPELLATE PANEL FOR THE FIRST CIRCUIT BOSTON, MA
By: _____ Date: 5/26/09

In re: WILFREDO DE JESUS RIVERA
    Debtor - -

SONIA M. HERNANDEZ MELENDEZ
    Debtor - -

--------------------------------

| | |
|---|---|
| WILFREDO DE JESUS RIVERA<br>Plaintiff - Appellee | Roberto Perez Obregon<br>Direct: 787-787-9883<br>[COR NTC Retained]<br>Firm: 787.787.9883<br>PO Box 9497<br>Bayamon, PR 00960-8041 |
| SONIA M. HERNANDEZ MELENDEZ<br>Plaintiff - Appellee | Roberto Perez Obregon<br>Direct: 787-787-9883<br>[COR NTC Retained]<br>(see above) |
| v. | |
| GENERAL ELECTRIC CAPITAL | Noemi Landrau Rivera |

| | |
|---|---|
| C ORPORATION OF PUERTO RICO<br>    Defendant - Appellant | Direct: 787-774-0224<br>[COR NTC Retained]<br>Firm: 787.273.7949<br>P.O. Box 270219<br>San Juan, PR 00927-0219<br><br>Gerardo Pavia Cabanillas<br>[COR NTC Retained]<br>Pavia & Diaz Garcia<br>Firm: 787.289.5224<br>P.O. Box 9066612<br>San Juan, PR 00906-6612<br><br>Wilfredo Segarra Miranda<br>[COR NTC Retained]<br>P. O. Box 9023385<br>San Juan, PR 00902-3385 |
| | Jose Ramon Carrion Morales<br>[NTC Pro Se]<br>Jose R. Carrion, Trustee<br>PO Box 9023884<br>Old San Juan Station<br>San Juan, PR 00902-0000 |

In re: WILFREDO DE JESUS RIVERA; SONIA M. HERNANDEZ MELENDEZ,

    Debtors

--------------------------

WILFREDO DE JESUS RIVERA; SONIA M. HERNANDEZ MELENDEZ,

    Plaintiffs - Appellees

v.

GENERAL ELECTRIC CAPITAL CORPORATION OF PUERTO RICO,

    Defendant - Appellant

| | | |
|---|---|---|
| 03/13/2009 |  | Received Notice of Appeal filed at U.S. Bankruptcy Court, District of Puerto Rico on 02/23/2009, transmittal form, FILED. Appeal filing fee paid; receipt no. 2708182. [09-15] |
| 04/09/2009 | | OPENING LETTER ENTERED: Notice to all parties and U.S. Bankruptcy Court, District of Puerto Rico RE: BAP No. PR 09-015 assigned. [09-15] |

| 05/14/2009 | Appellant General Electric Capital Corporation of Puerto Rico's Motion filed to Voluntarily Dismiss Appeal. [09-15] |
|---|---|
| 05/26/2009 | JUDGMENT OF DISMISSAL ENTERED. [09-15] |
| 05/26/2009 | BAP Mandate Issued. Notice of entry of judgment to Hon. Gerardo Carlo, Clerk, U.S. Bankruptcy Court, District of Puerto Rico and parties. [09-15] |

UNITED STATES BANKRUPTCY APPELLATE PANEL
FOR THE FIRST CIRCUIT

MANDATE TRANSMITTAL FORM

TO: Celestino Matta-Mendez, Clerk
United States Bankruptcy Court for the
District of Puerto Rico
José V. Toledo U.S. P.O. & Courthouse
300 Recinto Sur Street, Suite 109
San Juan, PR 00901

| |
|---|
| Case Name: WILFREDO DE JESUS RIVERA, et al |
| BAP Case No. PR 09-015 |
| Bankruptcy Case No.: 00-00801-GAC |
| Adversary No.: 04-00165-GAC |
| Bankruptcy Judge: HON. GERARDO A. CARLO |
| |

TRANSMITTED HEREWITH ARE THE FOLLOWING DOCUMENTS:

[X]  BAP Mandate
[X]  BAP Docket
[ ]  BAP opinion
[ ]  Mandate of United States Court of Appeals
[ ]  Bankruptcy Court Record
[ ]  Bankruptcy Court Exhibits
[ ]  Other:

COMMENTS:

DATED: May 26, 2009

Mary P. Sharon, Clerk

By: _____
Ann M. Williams,
Bankruptcy Appellate Panel Case Manager