IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN THE MATTER OF:<br><br>WILFREDO DE JESUS RIVERA<br>SONIA M. HERNANDEZ MELENDEZ<br><br>DEBTORS | CASE NO. 00-00801 GAC<br><br>Chapter 13 |
| WILFREDO DE JESUS RIVERA<br>SONIA M. HERNANDEZ MELENDEZ<br>PLAINTIFFS<br><br>VS.<br><br>GENERAL ELECTRIC CAPITAL CORP. OR PR<br><br>DEFENDANT | ADV. NO. 04-165<br><br><br>FILED & ENTERED ON 07/24/2009 |

O R D E R

   The joint motion requesting voluntary dismissal with prejudice (docket #85) is GRANTED, unless an objection is filed within twenty (20) days.

   The Clerk shall give notice to all parties in interest.

   SO ORDERED.

   San Juan, Puerto Rico, this 24 day of July, 2009.

<br><br>

Gerardo A. Carlo Altieri
U.S. Bankruptcy Judge

CC:   ALL CREDITORS
      F/UP