IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| IN RE: | * | CASE NO.: 00-00801 (GAC) |
| WILFREDO DE JESUS RIVERA<br>SONIA M. HERNANDEZ MELENDEZ | * | |
| | * | CHAPTER 13 |
| Debtors | | |
| ------------------------------------------------------* | | |
| WILFREDO DE JESUS RIVERA<br>SONIA M. HERNNADEZ MELENDEZ | * | ADV. NO.: 04-0165 |
| | * | |
| Plaintiffs | | |
| | * | |
| vs. | | |
| | * | |
| GENERAL ELECTRIC CAPITAL CORP.<br>OF PUERTO RICO | * | |
| Defendant | * | |
| ------------------------------------------------------* | | |

## JUDGMENT

Upon the order entered by the Honorable Gerardo A. Carlo on July 24, 2009, it is now

ADJUDGED AND DECREED that judgment be and it is hereby entered dismissing

the instant adversary proceeding according to Plaintiff's Notice of Voluntary Dismissal with

Prejudice (docket #85), filed with the Court on May 5, 2009.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, this 27th of January, 2010.

CELESTINO MATTA MENDEZ
Clerk of the Court